UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Marc Dixon

          v.                                   Civil No. 07-cv-248-JL

George Antilus, et al.

O R D E R

On January 12, 2008, an Order in reference to service was issued as to defendant Michael Cooper.  As no return of service had been filed, a return of service of motion to extend was to be filed by January 22, 2008.

The court docket shows that neither a return of service nor a motion to extend has been filed. Therefore, it is ordered that the claims against defendant Michael Cooper are herewith dismissed without prejudice.

SO ORDERED.

January 23, 2008                                      /s/ Joseph N. Laplante
                                                          Joseph N. Laplante
                                                          United States District Judge

cc:    Michael Sheehan, Esq.
        John Curran, Esq.
        Elizabeth Hurley, Esq.