UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Marc Dixon

    v.                       Civil No. 07-248-JL

George Antilus, et al.

**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case, and request that the clerk reassign this matter.

**SO ORDERED.**

                                      Joseph N. Laplante
                                      United States District Judge

Dated:  March 26, 2008

cc:  Michael J. Sheehan, Esq.
     Elizabeth L. Hurley, Esq.
     John A. Curran, Esq.